FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

97 FEB 21 PM 12:00

SOUTHERN DIVISION

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>     Plaintiff,                     )<br>                                     )<br>v.                                   )   CIVIL ACTION NO. 96-TMP-3332-S<br>                                     )<br>DAVID W. VAUGHN and                  )<br>SHERRI N. VAUGHN,                    )<br>                                     )<br>     Defendants.                    ) | ENTERED<br><br>FEB 21 1997 |

## JUDGMENT BY DEFAULT

In accordance with the Findings and Conclusions entered contemporaneously herewith,

It is hereby ORDERED, ADJUDGED, and DECREED that the Plaintiff have and recover of Defendants the principal sum of $23,584.96, costs of $101.70, court costs of $150.00 pursuant to U.S.C. § 2412(a)(2), together with interest of $1,635.96, for a total amount due of $25,472.62, plus interest from February 19, 1997, until date of judgment at the rate of 4 percent per annum. Interest shall accrue on the judgment at the prevailing legal rate per annum until paid in full, for which let execution issue.

It is further ORDERED by the Court that payment of the proceeds of the judgment and costs herein shall be made directly to the attorneys of record for the Plaintiff and that, upon receipt thereof, such attorneys will satisfy said judgment on the records of this Court.

6

The Clerk shall certify an Abstract of Judgment.

Done this the 21st day of _____ Feb _____, 1997.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
97 FEB 21 PM 12:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO. 96-TMP-3332-S
)
DAVID W. VAUGHN and )
SHERRI N. VAUGHN, )
)
    Defendants. )

ENTERED
FEB 21 1997

### FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendants pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

    1.    The Summons and Complaint were served upon Defendant Sherri N. Vaughn on January 2, 1997; Defendants have failed to appear, plead, or otherwise defend.

    2.    Defendants are not infants or incompetent persons, nor have Defendants been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

    3.    Defendants are indebted to Plaintiff in the principal sum of $23,584.96, costs of $101.70, court costs of $150.00 pursuant to U.S.C. § 2412(a)(2), and interest of $1,635.96 through February 19, 1997, and at the rate of 4% until date of judgment.

5

      4.    Plaintiff is due to recover from Defendants the total sum of $25,472.62, plus interest from February 19, 1997, until date of judgment at the rate of 4 percent per annum and interest thereafter at the prevailing legal rate per annum until paid in full. A judgment will enter accordingly.

      Done this the 21st day of Feb., 1997.

UNITED STATES DISTRICT JUDGE